# Order

Lansing, Michigan

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136646

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN CHARLES ALBERT,
        Defendant-Appellant.

SC: 136646
COA: 284019
Wayne CC: 90-010328-01

_____/

        On order of the Court, the application for leave to appeal the May 2, 2008 order of
the Court of Appeals is considered, and it is DENIED, because the defendant has failed to
meet the burden of establishing entitlement to relief under MCR 6.508(D).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

Clerk

d1117